# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| WILL FARRIS, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> DRYER VENT SQUAD FRANCHISING, LLC, LEIBY GOLDBERGER and CURT, SWANSON, <br><br> Defendants/Counter-Plaintiff/Third Party Plaintiffs, <br><br> vs. <br><br> THOMAS SCOTT and DRYER VENT SUPERHEROES FRANCHISING, LLC, <br><br> Third-Party Defendants. | CASE NO. _____ <br><br> District Judge_____ <br><br> Magistrate Judge_____ <br> JURY TRIAL |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

**NOW COME** third-party defendants Thomas J. Scott and Dryer Vent Superheroes Francising, LLC by and through counsel, who without waiving any defenses, hereby provides Notice that pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 file this Notice of Removal of this action from the Chancery Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee. In support of this Notice of Removal, third-party defendants state:

1.  Dryer Vent Superheroes Francising, LLC, a Tennessee Limited Liability Company, and Thomas J. Scott individually were named as a third-party defendants in a civil action pending

in the Chancery Court of Davidson County, Tennessee entitled *Will Farris v. Dryer Vent Squad Franchising, LLC, Lieby Goldberger and Curt Swanson v. Thomas J. Scott and Dryer Vent Superheroes Franchising, LLC*, Case No. 22-1311-I, a true and correct copy of which is attached hereto.

2. The Third-Party Complaint was filed in the Chancery Court of Davidson County, Tennessee on January 11, 2023.

3. Third-Party Defendants were served with the Third-Party Complaint on January 23, 2023.

4. All three of the Third-Party Plaintiffs file a Counterclaim and Third-Party Complaint. The allegations of each Counterclaim and Third-Party Complaint are identical.

5. Count XI of the Third-Party Complaint has allegations of a violation of Section 32 of the Lanham Act, 11 U.S.C. § 1114 for Trademark Infringement.

6. Count III of the Counterclaim has allegations of a violation of Section 32 of the Lanham Act, 11 U.S.C. § 1114 for Trademark Infringement.

7. Count IV of the Counterclaim has allegations of a violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836.

8. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

9. This Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367 because they are so related to the claims over which this Court has original jurisdiction that the form part of the same case and controversy.

10. All of the documents that have been filed in the Chancery Court for Davidson County, Tennessee, in *Will Farris v. Dryer Vent Squad Franchising, LLC, Lieby Goldberger and*

*Curt Swanson v. Thomas J. Scott and Dryer Vent Superheroes Franchising, LLC*, Case No. 22-1311-I are attached hereto.

Respectfully submitted,

/s/Roland W. Baggott III
Roland W. Baggott III (No. 023428)
BAGGOTT LAW, PLLC
4525 Harding Road, Suite 105
Nashville, Tennessee 37205
(615) 620-4580
(615) 620-4581 (fax)
roland@baggottlaw.com

/s/ Paul W. Moser
Paul W. Moser (No. 022205)
Lawyers People Love
5409 Maryland Way, Suite 333
Brentwood, Tennessee 37027
(615) 662-3697
(615) 469-6871 (fax)
paul.moser.esq@gmail.com
**Attorneys for Thomas J. Scott and Dryer Vent Superheroes Franchising, LLC**

## CERTIFICATE OF SERVICE

I, Roland W. Baggott III, hereby certifies that a copy of this document and the attachments and exhibits hereto has been SERVED through the Court's electronic filing system with courtesy copies by email and served via regular U.S. Mail, postage prepaid:

Gregory H. Oakley, BPR #16237
4300 Sidco Dr., Suite 200
Nashville, TN 37204
Ph 615-369-9996
Fx 615-515-4491
Email greg@build.law

Heather Gwinn Pabon, Esq.
Adam J. Hiller, Esq.
Desiree J.C. Goff

Page 3 of 4

Case 3:23-cv-00087     Document 1     Filed 01/30/23     Page 3 of 4 PageID #: 3

4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee 37067

Christopher M. Santomassimo
Santomassimo Davis, LLP
1 Gatehall Drive, Suite 100
Parsippany, New Jersey 07054

Dated: January 30, 2023

                                        /s/ Roland W. Baggott III
                                        ROLAND W. BAGGOTT III